IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

WALTER ROBERTS,
    Petitioner,

vs.                                      3:04cv120/MCR/MD

JAMES R. MCDONOUGH,
    Respondent.

## O R D E R

This cause comes on for consideration upon the magistrate judge's report and recommendation dated July 20, 2006. The petitioner has been furnished a copy of the report and recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1), and I have made a _de novo_ determination of those portions to which an objection has been made.

Having considered the report and recommendation and all objections thereto timely filed, I have determined that the report and recommendation should be adopted.

Accordingly, it is now ORDERED:

The Title 28 U.S.C. § 2254 petition for writ of habeas corpus (doc. 1) challenging the conviction and sentence in the case of *State of Florida v. Walter Roberts*, in the Circuit Court of Okaloosa County, Florida, case no. 97-1771-CFA-002

is DENIED, this cause is DISMISSED, and the clerk is directed to close the file.

DONE AND ORDERED this 23rd day of August, 2006.

s/ *M. Casey Rodgers*
M. CASEY RODGERS
UNITED STATES DISTRICT JUDGE